IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 06 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 23-237 SLP |
| JEFF WENG and TONG LIN, | ) Violations: 21 U.S.C. § 846 |
| | ) 21 U.S.C. § 853 |
| Defendants. | ) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From on or about December 1, 2022, the exact date being unknown to the Grand Jury, through on or about May 17, 2023, in the Western District of Oklahoma and elsewhere,

-------------------------------------------- JEFF WENG and
                TONG LIN ------------------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 1,000 or more marihuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## **FORFEITURE**

Upon conviction of the offense alleged in Count 1 of this Indictment, **JEFF WENG** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such offense.

Upon conviction of the offense alleged in Count 1 of this Indictment, **TONG LIN** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such offense.

The property subject to forfeiture includes, but is not limited to:

1. real property located at 7828 State Hwy 9, Wetumka, Oklahoma 74883; and

2. approximately $104,281.00 in U.S. currency.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

WILSON D. McGARRY
Assistant United States Attorney