# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma



**CR 23-237**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: _____

**Charging Document:** Indictment   No. of Defendants: 2   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☑ N ☐   OCDETF: Y ☑ N ☐   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑   N ☑

Companion Case No. (if any): _____

## DEFENDANT INFORMATION:
By: cz

JUN 0 6 2023

| Name: Jeff Weng | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1977   SSN: XXX-XX-XXXX | Race: Asian   Interpreter: Y ☑ N ☐ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: Other |

## DEFENDANT STATUS/RECOMMENDATION:
### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

☑ Not in Custody   ☐ Detention Requested
☑ Type of Bond: Unsecured
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

Complaint: Y ☐ N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐ N ☑

## ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name: Todd Henry
☐ CJA Panel          Address: 1500 Walnut Street, Ste 1060, Philadelphia, PA 19102
☑ Retained           Phone: (215) 545-7100

AUSA: Wilson McGarry
Agent/Agency: FBI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A)-NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| Forfeiture Allegations | 21 U.S.C. § 853 | Criminal Forfeiture | Forfeiture of Property or Items |

**RECEIVED**

JUN 0 6 2023

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

**Signature of AUSA:** /s/ Wilson McGarry      **Date:** 06/06/2023

3/21