SLP

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

**CR 23-237**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.:_____   Case No.:

Charging Document: **Indictment**_____   No. of Defendants: __2__   Total No. of Counts: __1__   Sealed: Y ☐

Forfeiture: Y ☑   OCDETF: Y ☑   McGirt: Y ☐   Warrant ☐ Summons ☐ Notice ☑   N ☑
N ☐   N ☐   N ☑   Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**   By: **cz**

| | |
|---|---|
| Name: **Tong Lin** | **JUN 0 6 2023** |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1995   SSN: XXX-XX-XXXX | Race: Asian   Interpreter: Y ☑   N ☐ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: Other |

**DEFENDANT STATUS/RECOMMENDATION:**

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody          ☐ Detention Requested

☑ Type of Bond: Unsecured

☐ In Custody at:_____

Inmate/Prisoner/Register No.:_____

Complaint:   Y ☐   N ☑

Magistrate Judge Case No.: MJ-

Previously Detained:   Y ☐   N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: J. Ken Gallon
☐ CJA Panel          Address: 105 1st Ave NE
☑ Retained           Miami, OK 74354
                     Phone: (918) 540-1818

AUSA: Wilson McGarry

Agent /Agency: FBI

Local Officer/Agency:_____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A)-NLT 10 years, NMT LIFE imprisonment, $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| Forfeiture Allegations | 21 U.S.C. § 853 | Criminal Forfeiture | Forfeiture of Property or Items |

# RECEIVED

## JUN 0 6 2023

### Clerk, U.S. District Court
### WEST.DIST.OF OKLA.

**Signature of AUSA:** s/Wilson McGarry          **Date:** 06/06/2023

3/21