

www.integritysurveillancegroup.com | ▓▓▓▓▓▓▓ Office | (888) 316-5309 Fax | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Integrity Surveillance Group
TactiTrack GPS
6832 Main Street
Cincinnati, OH 45244
(888) 866-2492
(888) 866-2715

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

To Whom It May Concern,

Integrity Surveillance Group is the sole manufacturer and master distributor of the TactiTrack GPS brand tracking devices. ISG Hosts the GPS Tracking software on their servers exclusively in the USA. We use two dedicated locations in the USA with Coresite. One serves as a primary server and the other as a secondary. The data center has no access to the contents of the server, or the data itself and is just used to power and protect the physical servers themselves.

CoreSite Security Details

I, Jamie Noplis, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am the owner of Integrity Surveillance Group (and TactiTrack GPS) and qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records that I have attached were downloaded by myself, encrypted with a password, saved and the records themselves were unaltered in any way.

These records were generated by Integrity Surveillance Groups electronic process or system that produces an accurate result, without altering the records.

1. The records were downloaded directly to an electronic device owned by Integrity Surveillance Group and given a password to prevent them from being altered.

2. The process or system is regularly tested by Integrity Surveillance Group and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

*Jamie Noplis*

Owner, Integrity Surveillance Group
Owner, TactiTrack GPS

November 30, 2023

GOVERNMENT
EXHIBIT
1