# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>-vs- )<br>)<br>**JEFF WENG and** )<br>**TONG LIN,** )<br>)<br>**Defendants.** ) | No.  <u>CR-23-237-SLP</u> |

## UNITED STATES' SUPPLEMENTAL PROPOSED JURY INSTRUCTION

In light of the Court's Order (doc. 80), the United States submits the following supplemental proposed jury instruction.

                                                                     Respectfully submitted,

                                                                     ROBERT J. TROESTER<br>                                                                     United States Attorney

                                                                     s/*Wilson D. McGarry*<br>                                                                    WILSON D. McGARRY<br>                                                                    Assistant United States Attorney<br>                                                                    210 Park Avenue, Suite 400<br>                                                                    Oklahoma City, Oklahoma 73102<br>                                                                    (405) 553-8700 (Office)<br>                                                                    (405) 553-8888 (Fax)<br>                                                                    wilson.mcgarry@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 12, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

                                        *s/ Wilson D. McGarry*
                                        WILSON D. McGARRY
                                        Assistant United States Attorney

## SUPPLEMENTAL INSTRUCTION NO. \_\_\_

## <u>CONTROLLED SUBSTANCE DEFINED</u>

You are instructed that, as a matter of law, marihuana and any material or compound which contains any quantity of the marihuana is a controlled substance, that is, some kind of prohibited drug.

Authority: 21 U.S.C. §§ 802(6), 812, and 841(b); Court's Order (doc. 80).