IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-23-237-SLP |
| | ) |
| JEFF WENG, | ) |
| | ) |
| Defendant. | ) |

# VERDICT

**COUNT 1 – Drug Conspiracy**

We, the jury, duly empaneled and sworn in the above-entitled cause, upon our oaths unanimously find **DEFENDANT JEFF WENG**, on the charge of conspiracy to possess with intent to distribute and distribution of controlled substances, in violation of Title 21 United States Code, Section 841(a)(1), as charged in Count 1:

Not Guilty  _____

Guilty     __X__

If and only if you have found **DEFENDANT JEFF WENG** guilty of Count 1, what drug quantity -- and, specifically, marihuana plants -- do you find beyond a reasonable doubt was involved in the conspiracy from and after the date that Defendant became a member of the conspiracy? (Your finding must be unanimous). **If you found DEFENDANT JEFF WENG not guilty of Count 1, then do not complete the following question.**

__X__ 1,000 or more marihuana plants

_____ 100 or more marihuana plants

_____ 50 or more marihuana plants

_____ Less than 50 marihuana plants

__1/18/24__  
DATE

__[signature]__  
FOREPERSON