IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case #5:23-cr-00237-SLP-1 |
| | : | |
| JEFF WENG | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REVIEW AND RESPOND TO PRESENTENCE INVESTIGATION REPORT**

TO THE HONORABLE SCOTT L. PALK, JUDGE OF THE SAID COURT:

Defendant, Jeff Weng, by and through his attorney, Todd Edward Henry, hereby moves for an extension of time to review and respond to the Presentence Investigation Report ("PSR"), and in support thereof, states as follows:

1. On February 23, 2024, the United States Probation Department filed its draft of the PSR.

2. Defendant's response is due on or before March 8, 2024.

3. The defendant is currently housed at Logan County Jail in Guthrie, Oklahoma. Defense counsel is in Philadelphia, Pennsylvania.

4. Because of his calendar, defense counsel is unable to review the PSR with his client until the end of March 2024:

    (a) On March 5, 2024, counsel is scheduled for a bench trial in the Philadelphia Court of Common Pleas before the Honorable Mark Moore in <u>Commonwealth of Pennsylvania v. Christopher Cunningham</u>, CP-51-CR-0000233-2023. This trial was continued from its previously-scheduled trial date of December 11, 2023.

    (b) On March 7, 2024, counsel is scheduled in Kings County Criminal Court in <u>People of the State of New York v. Shilian Dong</u>, CR-005759-24KN.

(c) On March 11, 2024, counsel is scheduled for a sentencing hearing in the Philadelphia Court of Common Pleas before the Honorable Scott DiClaudio in Commonwealth of Pennsylvania v. Geornay Sibert, CP-51-CR-0003796-2019.  The defendant has been a witness for the Commonwealth and is ready to be sentenced.  In addition, counsel is also scheduled in the Delaware and Montgomery Counties Courts of Common Pleas in Commonwealth of Pennsylvania v. Hong Cong Li, CP-23-CR-0000150-2024, and Commonwealth of Pennsylvania v. Tracey Hamlette, CP-46-CR-0005725-2023, respectively.

(d) On March 13, 2024, counsel is scheduled in the Lebanon County Court of Common Pleas before the Honorable John C. Tylwalk in Commonwealth of Pennsylvania v. Bolue Chen, CP- 38-CR-0001188-2023.

(e) On March 19, 2024, counsel is scheduled in the Dauphin County Court of Common Pleas before the Honorable William T. Tulley in Commonwealth of Pennsylvania v. Qian Chen, CP-22-CR-0001044-2023.

(f) On March 20, 2024, counsel is scheduled for a trial in Philadelphia Municipal Court in Commonwealth of Pennsylvania v. Ricky Russell, MC-51-CR-0020514-2023.

(g) On March 21, 2024, counsel is scheduled in the Bucks County Court of Common Pleas before the Honorable Raymond F. McHugh in Commonwealth of Pennsylvania v. Jiong Liu, CP-09-CR-0005334-2023.

(h) On March 26, 2024, counsel is scheduled for a bench trial in the Philadelphia Court of Common Pleas before the Honorable Mark Moore in Commonwealth of Pennsylvania v. Tyreek Anderson, CP-51-CR-0004101-2023.  This is

a drug case. The defendant was on state parole at the time of his arrest on October 10, 2022. He has been in custody since his arrest pending the outcome of the drug case.

  (i) On March 27, 2024, counsel is scheduled in Queens County Criminal Court in the matter of <u>People of the State of New York v. Brandon Rufo</u>, CR-031152-23QN.

 5. Thus, an extension until April 1, 2024 to review and respond to the PSR is requested.

 6. Counsel for the Government has no objection.

**WHEREFORE**, Defendant, Jeff Weng, respectfully request this Honorable Court enter the proposed Order.

Respectfully submitted,

/s/ Todd Henry
THE HENRY LAW FIRM
By: Todd Edward Henry, Esquire
1500 Walnut Street, Suite 1060
Philadelphia, PA 19102
(215) 545-7100
(215) 545-6611 (fax)
Attorney for Defendant Jeff Weng

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case #5:23-cr-00237-SLP-1 |
| | : | |
| JEFF WENG | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that we are this 26th day of February 2024 electronically filing Defendant's Motion for Extension of Time to Review and Respond to the Presentence Investigation report using the CM/ECF System, which will automatically send notification of same to all counsel of record.

                                        /s/ *Todd Henry*
                                        THE HENRY LAW FIRM
                                        By: Todd Edward Henry, Esquire
                                        1500 Walnut Street, Suite 1060
                                        Philadelphia, PA 19102
                                        (215) 545-7100
                                        (215) 545-6611 (fax)
                                        Attorney for Defendant Jeff Weng

DATED: February 26, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case #5:23-cr-00237-SLP-1 |
| | : | |
| JEFF WENG | : | |

**ORDER**

**AND NOW**, to wit, this ____ day of _____ 2024, upon consideration of the Defendant's Motion for Extension of Time to Review and Respond to the Presentence Investigation Report, the Court hereby **FINDS** and **ORDERS** that the Defendant shall submit his response to the Presentence Investigation Report on or before April 1, 2024.

**BY THE COURT:**

_____
*Scott L. Palk, DCJ*