# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | )    Case No. <u>CR-23-237-SLP</u> |
| JEFF WENG, | ) ) ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT OUT OF TIME

The United States, by Assistant United States Attorney Wilson D. McGarry and through United States Attorney Robert J. Troester, requests leave of Court to time to file objections to the initial Presentence Investigation Report ("PSR") out of time. Specifically, the United States request until May 3, 2024, to file its objection to the PSR out of time. In furtherance thereof, counsel would show the Court as follows:

1. Following jury trial, this Court ordered the United States Probation Office to conduct a PSR which was completed on February 23, 2024. As such, objections were due on March 8, 2024. Mr. Todd Henry, original counsel for Mr. Weng, filed a written request for Extension of Time to file objections to the PSI Report. Doc. 100. Thereafter, the Court issued its order granting the extension to file objection to April 1, 2024. Doc. 101.

2. On March 12, 2024, counsel, Mack K. Martin and Amber B. Martin, filed entries of appearance for Defendant Jeff Weng. Docs.104 & 105. Counsel for Mr. Weng

requested and received an extension to file objections to the PSR until May 15, 2024.  Doc. 105.

3. Upon closer review of the PSR, counsel for the United States believes that an enhancement for the firearm found in Mr. Weng's house should be attributed to Mr. Weng.  Doc. 99, ¶ 19.  After conferring with the United States Probation Office and counsel for Mr. Weng, filing an objection to the PSR is the proper course of action.  As such, the United States request leave of Court to file its objection to the PSR.  Specifically, the United States requests until Friday, May 3, 2024, to file its objection.  This deadline will also prove Mr. Weng adequate time to respond to the United States' objections.   This request will not impact any deadlines, as Mr. Weng's objections are due by May 15, 2024.

4. Counsel has spoken with Mack K. Martin, and Amber B. Martin relating to the above matter and they do not object to the Court granting the United States leave to file its objections out of time.

WHEREFORE, counsel requests leave of Court to file its objections to the PSR on or before May 3, 2024.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney


s/Wilson D. McGarry
WILSON D. McGARRY
Assistant United States Attorney
Bar Number: 31146
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
wilson.mcgarry@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: All attorneys on record.

                                            s/ Wilson D. McGarry
                                            Assistant United States Attorney