IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
       -vs-                    )        CR-23-237-SLP
                               )
JEFF WENG,                     )
                               )
              Defendant.       )

<u>ENTRY OF APPEARANCE</u>

To the United States District Court Clerk for the Western District of Oklahoma:

Please enter my appearance as Attorney of Record for the above named Defendant,

JEFF WENG.

Respectfully submitted,

MARTIN LAW OFFICE

s/ *William P. Kennedy*
William P. Kennedy
125 Park Avenue
Fifth Floor
Oklahoma City, OK  73102
Telephone: (405) 236-8888
Facsimile: (405-236-8844
Email: will@martinlawoffice.net

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Wednesday, December 4, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

s/ *William P. Kennedy*
William P. Kennedy