<u>SENTENCING COURTROOM MINUTE SHEET</u>     DATE <u>  12-19-2024  </u>

CR. CASE NO. <u>CR-23-237-1-SLP</u>   U.S.A. -vs- <u>  JEFF WENG  </u>

COMMENCED <u>  10:45  </u>   ENDED <u>  1:00  </u>   TOTAL TIME <u>  2 hours   15 minutes  </u>

JUDGE <u>SCOTT L. PALK</u>     DEPUTY <u>KATHY SPAULDING</u>     REPORTER <u>EMILY CRIPE</u>

COUNSEL FOR PLF. <u>    Wilson McGarry    </u>

COUNSEL FOR DFT. <u>    Mack Martin, Amber Martin, William Kennedy    </u>

INTERPRETER: <u>   Vivan Josh   </u>

SENTENCING MINUTE: <u>  Defendant appears in person with private counsel  </u>

<u>Probation Report reviewed by counsel and dft.</u>       Probation Officer: <u>    Alicia Maddocks    </u>

Witnesses of Plaintiff:                                    Witnesses of Defendant:
1. <u>  SA Danielle Shutts/FBI (sworn)  </u>         1. <u>                                    </u>

Plaintiff's Exhibits Admitted: <u>                                    </u>
Defendant's Exhibits Admitted: <u>  1-11                              </u>

<u>DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF   120 months.</u>

<u>Dft shall participate in the Inmate Financial Responsibility Program while incarcerated.</u>

<u>Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of    5   years.</u>

<u>The court is not imposing community service.</u>

<u>Defendant must comply with the mandatory, standard, and special conditions of supervision that are set out in the Judgment in a Criminal Case.</u>

<u>Dft ordered to pay Special Assessment fee of $100.00 on Count     1     for a total of $100.00, due immediately.</u>

<u>Fine is hereby waived due to dft's inability to pay such fine.</u>

<u>Dft shall forfeit to the U.S. all right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dtd 2-12-2024.</u>

<u>Dft. adv. of right to appeal & to appeal in f.p.</u>

<u>Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at: a BOP facility in Pennsylvania</u>

<u>DFT. REMANDED TO U.S.M.</u>

<u>Exhibits withdrawn and returned to counsel.</u>