



Exhibit 15