


Exhibit 18