AO 458 (Rev. 01/09)  Appearance

# United States District Court
for the

_____ WESTERN _____ DISTRICT OF _____ OKLAHOMA _____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. **CR-23-237-SLP** |
| ) | |
| **JEFF WENG, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.


Date: September 19, 2025.


                                        s/THOMAS B. SNYDER
                                        THOMAS B. SNYDER
                                        Assistant United States Attorney
                                        Bar Number: 31428 (OK)
                                        210 Park Avenue, Suite 400
                                        Oklahoma City, Oklahoma 73102
                                        (405) 553-8700 (Office)
                                        (405) 553-8888 (Fax)
                                        Thomas.Snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

s/Thomas B. Synder  
Assistant U.S. Attorney
